1
2
3
4
5
6
7                        UNITED STATES DISTRICT COURT

8                     NORTHERN DISTRICT OF CALIFORNIA

9

10     CLAUDINE SALDIVAR,
                                                    Case No. 17-cv-05981 NC
11                          Plaintiff,
                                                    **ORDER ON JOINT STIPULATION;**
12           v.                                     **ORDER ON ORDER TO SHOW**
                                                    **CAUSE**
13     INSIGHT GLOBAL, LLC,
                                                    Re: Dkt. Nos. 12, 14
14                          Defendant.

15

16           The Court issued an order to show cause regarding the Court's subject matter

17     jurisdiction over the PAGA claim in this case.  Dkt. No. 14.  The concern was due to the

18     fact that in the aftermath of the Supreme Court's decision in *Epic Sys. Corp. v. Lewis*, 138

19     S. Ct. 1612 (2018), this case could no longer proceed as a class action, and so the

20     jurisdictional hook may have been lacking.  The parties responded to the order.  Dkt. Nos.

21     15, 16.  The Court finds that the Court does have subject matter jurisdiction over the

22     PAGA claim, even though this case is no longer a class action under *United Steel, Paper &*

23     *Forestry, Rubber, Mfg., Energy, Allied Indus. & Serv. Workers Int'l Union, AFL-CIO,*

24     *CLC v. Shell Oil Co.*, 602 F.3d 1087, 1091 (9th Cir. 2010).  *United Steel* stands for the

25     proposition that subject matter jurisdiction is determined for purposes of the Class Action

26     Fairness Act when the case is removed to federal court, and that "post-removal events" do

27     not defeat subject matter jurisdiction.  *Id.*  The Court must therefore retain jurisdiction over

28     the PAGA claim.

Case No. 17-cv-05981 NC

United States District Court
Northern District of California

United States District Court
Northern District of California

1

     The parties filed a stipulation enumerating the following steps in the case. The

2 Court ADOPTS these steps and ORDERS:

3      1.    The Parties will arbitrate Plaintiff's individual claims (including Plaintiff's

4 individual claim for unpaid wages under Labor Code section 558), pursuant to the

5 arbitration agreement Plaintiff signed;

6      2.    Plaintiff's class claims are dismissed without prejudice in light of the class

7 action waiver contained in Plaintiff's arbitration agreement;

8      3.    Plaintiff's representative PAGA claim is stayed in this Court pending

9 resolution of the arbitration of Plaintiff's individual claims; and

10      4.    The Parties must provide the Court with a Status Report concerning the

11 status of the arbitration within seven (7) days of any ruling or award on the merits, and in

12 any event by December 21, 2018.

13      5.    This case is administratively closed until the stay is lifted, or further court

14 order.

15

16      **IT IS SO ORDERED.**

17

18 Dated:  July 24, 2018                     _____

19                                 NATHANAEL M. COUSINS
                                United States Magistrate Judge

20

21

22

23

24

25

26

27

28