MORGAN, LEWIS & BOCKIUS LLP
John S. Battenfeld (SBN 119513)
Kathy H. Gao (SBN 259019)
300 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
Tel:      213.612.2500
Fax:     213.612-2501
john.battenfeld@morganlewis.com
kathy.gao@morganlewis.com

Attorneys for Defendant Insight Global, LLC

DYCHTER LAW OFFICES, APC
Alexander I. Dychter (SBN 234526)
S. Adam Spiewak (SBN 230872)
1010 Second Avenue, Suite 1835
San Diego, CA 92101
Telephone: (619) 487-0777
Facsimile:  (619) 330-1827
E-mail: Alex@DychterLaw.com
E-mail: Adam@DychterLaw.com

BLUMENTHAL, NORDREHAUG & BHOWMIK
Norman B. Blumenthal (SBN 068687)
Kyle R. Nordrehaug (SBN 205975)
Aparajit Bhowmik (SBN 248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiff Claudine Saldivar

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDINE SALDIVAR, an individual, on behalf of herself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INSIGHT GLOBAL, LLC, a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:17-cv-05981-NC<br><br>Assigned to the Hon. Nathanael M. Cousins<br><br>**JOINT STIPULATION OF DISMISSAL; [PROPOSED] ORDER**<br><br><br>Complaint Filed: June 23, 2017<br>FAC Filed:          September 20, 2017<br>Trial Date:          Not Set |

**JOINT STIPULATION**

Plaintiff CLAUDINE SALDIVAR ("Plaintiff"), by and through her counsel of record, Alexander I. Dychter of Dychter Law Offices, APC, and Defendant INSIGHT GLOBAL, LLC ("Defendant"), by and through its counsel of record, John S. Battenfeld and Kathy H. Gao of Morgan, Lewis & Bockius LLP (collectively, the "Parties"), stipulate as follows:

WHEREAS, Plaintiff initiated this action on June 23, 2017, in the Superior Court of the State of California – County of Santa Clara (Case No. 17CV312200) asserting several class claims for violations of the California Labor Code.  On September 20, 2017, Plaintiff filed a First Amended Complaint ("FAC") adding an additional cause of action under California's Private Attorneys General Act ("PAGA"), California Labor Code § 2698 *et seq*. (the "PAGA Claim");

WHEREAS, on October 18, 2017, Defendant removed this action to the United States District Court, for the Northern District of California (Case No. 5:17-cv-05981-NC), pursuant to the Class Action Fairness Act ("CAFA");

WHEREAS, on November 21, 2017, the Parties filed a Joint Stipulation to Stay Proceedings, pending the United States Supreme Court's decision in *Ernst & Young LLP et al. v. Stephen Morris et al.*, Case No. 16-300 *("Ernst & Young")*, which the Court granted on November 29, 2017;

WHEREAS, on June 26, 2018, after the Supreme Court issued a ruling in *Ernst & Young,* the Parties stipulated that: (i) Plaintiff shall arbitrate her individual claims pursuant to the arbitration agreement Plaintiff signed; (ii) Plaintiff shall dismiss *without prejudice* her class claims, in light of the class action waiver contained in Plaintiff's arbitration agreement; and, (iii) Plaintiff's representative PAGA Claim shall be *stayed* in court pending resolution of the arbitration of Plaintiff's individual claims;

WHEREAS, on May 7, 2019, the Parties (including Plaintiff Saldivar) participated in a private mediation before Lisa Klerman, Esq., in Los Angeles, California, which resulted in the execution of a Memorandum of Understanding ("MOU") resolving Plaintiff's individual California Labor Code claims, including a release of any claims under the Fair Labor Standards Act ("FLSA"), and a release of her individual claims under PAGA;

1          WHEREAS, PAGA requires court approval of any settlement of a civil action filed
2   pursuant to PAGA (*see* Cal. Lab. Code § 2699(l)(2));
3          WHEREAS, the Parties have since executed a Confidential Settlement Agreement (the
4   "Settlement"), as contemplated in the MOU, which resolves all of Plaintiff's pending claims on
5   an individual basis, and provides, *inter alia*, that:
6       •   Plaintiff will dismiss her own PAGA Claim *with prejudice*;
7       •   The dismissal of the PAGA Claim is *without prejudice* as to the ability of other
8           allegedly aggrieved employees to pursue new a new PAGA representative action
9           consistent with PAGA's requirements;
10      •   No PAGA penalties are being paid to the California Labor and Workforce
11          Development Agency ("LWDA") or to Plaintiff as part of the Parties' Settlement;
12      •   Plaintiff's release as part of the Settlement includes a release of her potential
13          claims under the FLSA;
14         WHEREAS, the Parties' proposed Settlement is being concurrently submitted to the
15  LWDA as required by Cal. Lab. Code § 2699(l)(2); and
16         WHEREAS, the Parties believe that this individual Settlement is fair and reasonable given
17  Plaintiff's operative claims and the fact that the Settlement will not affect any other claims that
18  may be brought against Defendant by any allegedly aggrieved employee other than Plaintiff under
19  PAGA.
20         Therefore, the Parties mutually request that the Court enter an order providing as follows:
21      a.  Plaintiff's PAGA Claim is dismissed *with prejudice* as to Plaintiff's ability to
22  bring a PAGA representative action, and *without prejudice* as to the ability of any other allegedly
23  aggrieved employee to pursue a new PAGA representative action consistent with PAGA's
24  requirements;
25      b.  Plaintiff's release of her potential FLSA claims is approved; and
26  / / /
27  / / /
28  / / /

c.  Each Party shall bear its respective fees and costs, except to the extent that the Settlement provides otherwise.

**IT IS SO STIPULATED.**

Dated: June 4, 2019                    DYCHTER LAW OFFICES, APC

By  /S/ Alexander I. Dychter
Alexander I. Dychter
Attorneys for Plaintiff
CLAUDINE SALDIVAR

Dated: June 4, 2019                    MORGAN, LEWIS & BOCKIUS LLP

By  /S/ Kathy H. Gao
Kathy H. Gao
Attorneys for Defendant
INSIGHT GLOBAL, LLC

## ATTESTATION

I, Alexander I. Dychter, am the ECF user whose identification and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Kathy H. Gao concurs in this filing.

Dated: June 4, 2019                    DYCHTER LAW OFFICES, APC

By  /S/ Alexander I. Dychter
Alexander I. Dychter
Attorneys for Plaintiff
CLAUDINE SALDIVAR

## [PROPOSED] ORDER

Having considered the Joint Stipulation of Dismissal; [proposed] Order, and good cause appearing for the reasons stated therein, the following is hereby GRANTED:

a.  Plaintiff's PAGA Claim is dismissed *with prejudice* as to Plaintiff's ability to bring a PAGA representative action, and *without prejudice* as to the ability of any other allegedly aggrieved employee to pursue a new PAGA representative action consistent with PAGA's requirements;

b.  Plaintiff's release of her potential FLSA claims is approved; and

///

1    c.   Each Party shall bear its respective fees and costs, except to the extent that the Settlement provides otherwise.

**IT IS SO ORDERED.**

Dated: _____June 4, 2019_____

_____
Hon. Nathanael M. Cousins
U.S. Magistrate Judge



JOINT STIPULATION OF DISMISSAL; [PROPOSED] ORDER                          CASE NO. 5:17-CV-05981-NC
DB2/ 36696880.1